**Dismissed and Opinion Filed February 19, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01592-CV

### ARLAN P. JOHNSON AND SPRINT TRANSPORT, LLC, Appellant
### V.
### SABA T. YOHANS, Appellee

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-02250**

## MEMORANDUM OPINION

Before Justices Bridges, Molberg, and Carlyle
Opinion by Justice Molberg

Before the Court is appellants' "Agreed Motion to Effectuate Settlement" requesting that

we set aside the trial court's default judgment and dismiss this appeal.[1]  *See* TEX. R. APP. P.

42.1(a)(2)(A).  We grant the motion, set aside the trial court's default judgment signed on October

3, 2019, and dismiss this appeal.  *See id.*

/Ken Molberg//
KEN MOLBERG
191592f.p05                                         JUSTICE

---

[1] Although the certificate of conference states that counsel for appellee agrees with the relief sought, the motion is signed only by counsel for appellants.



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

ARLAN P. JOHNSON AND SPRINT
TRANSPORT, LLC, Appellants

No. 05-19-01592-CV     V.

SABA T. YOHANS, Appellee

On Appeal from the 193rd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-19-02250.
Opinion delivered by Justice Molberg.
Justices Bridges and Carlyle participating.

In accordance with this Court's opinion of this date, the trial court's October 3, 2019 default judgment is **SET ASIDE** and the appeal is **DISMISSED**.

Subject to any agreement between the parties, it is **ORDERED** that appellee SABA T. YOHANS recover her costs of this appeal from appellants ARLAN P. JOHNSON AND SPRINT TRANSPORT, LLC.

Judgment entered this 19th day of February, 2020.